UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ALBERT MEDINA, | Case No. 3:18-cv-00473-MMD-WGC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

## I. DISCUSSION

Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections ("NDOC"), has filed an unsigned amended complaint. (ECF No. 3). Every document filed with the Court by a pro se plaintiff must be signed by the plaintiff. Fed. R. Civ. P. 11(a). Therefore, the Court grants Plaintiff thirty (30) days from the date of this order to submit a complete signed amended complaint to this Court. Plaintiff may not simply send in a page with a signature. The amended complaint must be one complete document, including the allegations and the signature.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff shall submit a complete amended complaint, including the allegations and Plaintiff's signature, to this Court within thirty (30) days from the date of this order.

IT IS FURTHER ORDERED that the Clerk of the Court shall send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same. The Clerk of the Court shall also send Plaintiff a copy of his unsigned amended complaint (ECF No. 3).

IT IS FURTHER ORDERED that, if Plaintiff does not timely comply with this order within 30 days, the Court will screen Plaintiff's original complaint (ECF No. 1-1).

DATED: July 23, 2019.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE